UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:                                     )
                                           )
WHEELDEN, DAVID T.                         )        CASE NO. 13-10508-JKC-7A
WHEELDEN, SANDRA K.                        )

## MOTION FOR TURN OVER
## AFTER NOTICE AND OPPORTUNITY TO OBJECT

Comes now Paul D. Gresk, in his capacity as the Chapter 7 trustee of this bankruptcy proceeding, and in support of this motion makes the following showing:

1)    That the Debtors herein filed for relief from their debts pursuant to Chapter 7 of the U.S. Bankruptcy Code on October 02, 2013.

2)    That Paul D. Gresk is the duly appointed Chapter 7 trustee of this bankruptcy proceeding.

3)    That pursuant to 11 U.S.C. 541 the Chapter 7 trustee is seeking the turn over of the following assets: Debtors' nonexempt interest in 275/365ths of their FY 2013 federal/state tax refunds, funds on deposit, real estate with the common address of 3026 North Pawnee Court Indianapolis, IN and 25% of wages due and owing as of the date of this bankruptcy filing.

4)    That pursuant to 11 U.S.C. 542 the Chapter 7 trustee seeks the issuance of an order that provides for the turn over of the Debtors' nonexempt personal property assets after notice and opportunity to object has been issued to the Debtors and to their legal counsel.

**PLEASE TAKE NOTICE THAT** any response must be filed with the Bankruptcy Clerk within 21 days of the date of this notice (or such other time period as may be permitted by Fed.R.Bankr.P.9006(f).
Those not required or not permitted to file electronically must deliver any response by U.S. mail, courier, overnight/express mail, or in person at:

U.S. Bankruptcy Court
Room 116
Birch Bayh Federal Building and United States Courthouse
46 East Ohio Street
Indianapolis, IN 46204

The responding party must ensure delivery of the response to the party filing the objection.  **If a response if NOT timely filed, the requested relief may be granted**.  If a response is filed, a hearing will be set at a later date, and all parties will receive a notice of that hearing.

WHEREFORE, Paul D. Gresk, in his capacity as the Chapter 7 trustee of this proceeding, requests the issuance of an order that provides for the turnover of the Debtors' nonexempt assets.

Respectfully submitted,

  /s/ Paul D. Gresk
Paul D. Gresk, the Chapter 7 trustee
150 E. 10th Street
Indianapolis, IN 46204
317-237-7913
Fax 317-237-7912
bankruptcy@gslawindy.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of this foregoing pleading has been served upon the below listed parties by either electronic mail and/or U.S. mail, postage prepaid on the date upon filing with the United States Bankruptcy Court.

Randall R Shouse
Shouse & Langlois
9510 E Washington St
Indianapolis, IN 46229

/s/ Paul D. Gresk
Paul D. Gresk